# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

Civil Action No. 1:16-cv-00736-RBJ-NYW

MARLENE AZADA,

    Plaintiffs,

v.

SECURITY SERVICE FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTION, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Having reviewed Plaintiff Marlene Azada's Unopposed Motion to Dismiss Defendant Experian Information Solutions, Inc. with Prejudice [ECF No. 42] pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause shown, this Court hereby orders Defendant Experian Information Solutions, Inc. to be, and are, dismissed with prejudice.

Each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 25, 2016

                              Honorable Judge R. Brooke Jackson
                              United States District Court Judge